# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 12, 2006

128579(71)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DAYLE TRENTADUE, as Personal
Representative of the Estate of
MARGARETTE F. EBY, Deceased,
Plaintiff-Appellee,

v

BUCKLER AUTOMATIC LAWN SPRINKLER
COMPANY, SHIRLEY GORTON and
LAURENCE W. GORTON,
Defendants-Appellants,

and

JEFFREY GORTON, VICTOR NYBERG,
TODD MICHAEL BAKOS, MFO MANAGEMENT
COMPANY, and CARL F. BEKOFSKE, as
Personal Representative of the Estate of RUTH R.
MOTT, Deceased,
Defendants.

SC: 128579
COA: 252207
Genesee CC: 02-074145-NZ

_____

On order of the Chief Justice, the motion by Channing Pollock and others for leave to file a brief amicus curiae in this case is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 12, 2006

_____
Clerk